IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CHICAGO REGIONAL COUNCIL OF CARPENTERS )
PENSION FUND, et al., )
)
                     Plaintiffs, ) Case 15 cv 229
)
) Judge Norgle
v. )
)
THE FORCE DEVELOPMENT GROUP, LLC., )
)
                     Defendant. )

## Motion for Supplemental Judgment

Plaintiffs, by their attorney, Travis Ketterman, move this Court for an entry of an order of Supplemental Judgment and in support state as follows:

1. On April 17, 2015, this Court entered a judgment in favor of Plaintiffs and against Defendant for $24,390.76. The judgment represents unpaid ERISA contributions, attorneys' fees/costs, dues, liquidated damages, and interest. (Exhibit A, Minute Entry Granting Plaintiffs Motion for Judgment, Plaintiffs Draft Judgment Order)

2. The judgment included attorney fees/costs billed through March 25, 2015 totaling $3,269.19.

3. Since March 25, 2015, the Plaintiffs have incurred an additional $12,676.32 in attorneys' fees/costs. (Exhibit B, Declaration of Travis Ketterman; Exhibit C, Detailed Billing of Whitfield, McGann & Ketterman; Exhibit D, Detailed Billing of Scalambrino & Arnoff, LLP)

4. The additional attorney's fees/costs sought were primarily incurred in post judgment proceedings, citations to discover assets, and other forms of discovery to satisfy the outstanding judgment amount.

5. Defendant is obligated to pay the attorney's fees/costs incurred by the Plaintiffs pursuant to 29 U.S.C §1132 (g)(2)(D). *Laborers Health and Welfare Trust*

*Fund v. Advanced Lightweight Concrete Co.*, 484 U.S. 539, 547, 98 L. Ed. 2d 936, 108 S. Ct. 830 (1988) ("The special remedy against employers who are delinquent in meeting their contractual obligations that is created by §502(8)(2) includes a mandatory award of ... attorney's fees and costs."); *Plumbers' Pension Fund v. Domas Mechanical Contracts, Inc.*, 778 F.2d 1266, 1271 (7th Cir. 1985) (stating that the award of reasonable attorney's fees is "nondiscretionary").

WHEREFORE, Plaintiffs pray for an entry of an order for Judgment in the amount of $12,676.32.

                                                CHICAGO REGIONAL COUNCIL OF
                                                CARPENTERS PENSION FUND, at al.

                                                By: _____
                                                      Travis Ketterman

Travis Ketterman
Attorney for Plaintiffs
Whitfield, McGann & Ketterman
111 East Wacker Dr., Suite 2600
Chicago, IL 60601
312.251.9700